# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

## No. 201600418

————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JALEIL J. HARRELL

Lance Corporal (E-3), U.S. Marine Corps
Appellant

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Michael J. Zimmerman, USMC.
Convening Authority: Commanding Officer, Marine Corps Mountain Warfare Training Center, Bridgeport, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Rhesa J. Ashbacher, USMC.
For Appellant: Captain James Kresge, USMCR.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 6 June 2017

————————————

Before MARKS, RUGH, and PETTIT, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court